| | |
|---|---|
| **DONNA FUSELIER** | DOCKET NO.: 654086    SECT: **SEC. 26** |
| **VERSUS** | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| **WAL-MART STORES, L.L.C.** | STATE OF LOUISIANA |

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Donna Fuselier, a resident of the full age of majority of Wilkinson County, State of Mississippi, who respectfully represents:

1.

Made defendants herein are the following:

> **WAL-MART STORES, L.L.C.**, (hereinafter "WAL-MART"), or in the alternative, an affiliate thereof, upon information and belief, a foreign corporation, authorized to do and doing business in the State of Louisiana, with its agent for service of process being CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808.

2.

On or about February 27, 2016, Petitioner, DONNA FUSELIER was a patron on the premises of WAL-MART, Store Number 0428, located at 5801 Main St., Zachary, Louisiana 70791.

3.

At or about the time and place alleged above, Petitioner was walking down the aisle at WAL-MART.

4.

Petitioner slipped and fell in a liquid on the floor of WAL-MART.

5.

At all material times, WAL-MART, through the actions of its employees, had actual or constructive knowledge of the liquid on the floor.

6.

Petitioner never saw or noticed the liquid on the floor before her foot came in contact with the liquid.

1

EXHIBIT A

7.

The presence of liquid on the floor at WAL-MART presented an unreasonable risk of harm to patrons, such as Petitioner.

8.

The risk of harm was reasonably foreseeable to WAL-MART.

9.

WAL-MART failed to exercise reasonable care in light of their knowledge of the hazardous condition that caused the damage alleged herein.

10.

This incident was caused by the fault of the Defendant, WAL-MART, in the following non-exclusive respects:

   a. By failing to maintain their premises in a safe condition;

   b. By failing to warn Petitioner of the unsafe condition;

   c. By failing to inspect the area and/or to remove such hazards;

   d. By failing to prevent plaintiff from entering into what defendant knew or should have known was an unsafe area; and

   e. Other acts of negligence that were the cause of this incident and will be shown at the trial of this matter.

11.

As a result of this slip and fall, Donna Fuselier has sustained the following non-exclusive elements of damages:

   a. Physical pain and suffering (past and future);

   b. Mental anguish (past and future);

   c. Loss of enjoyment of life (past and future);

   d. Disfigurement and disability;

   e. Medical Expenses (past and future);

   f. Lost Wages/Earnings (past and future);

   g. Loss of earning capacity;

h. Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

12.

WHEREFORE, Petitioner, DONNA FUSELIER, prays that Defendant, be duly served with a copy of the foregoing petition, and after being cited to appear and answer same, and after lapse of all legal delays and due proceedings, there be a judgment herein in favor of DONNA FUSELIER and against Defendant, WAL-MART STORES, L.L.C., for all items of special damages incurred by Petitioner and such general damages as are reasonable in the premises, together with legal interest from the date of the judicial demand until paid, all costs of this proceeding, and all such other and equitable relief to which Petitioner may be entitled.

Respectfully Submitted:

DUDLEY DeBOSIER, P.L.C.

BY: _____
TAYLOR BRELAND, Bar Roll No. 36391
JEFF W. WATSON, Bar Roll No. 27133
1075 Government, St.
Baton Rouge, Louisiana 70802
Telephone: (225) 239-7240
Facsimile: (225) 239-7290
*Counsel for Plaintiff, Donna Fuselier*

**PLEASE SERVE:**

**WAL-MART STORES, L.L.C.**
Through its agent for service of process
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

CIVIL

- ☒ 01-DAMAGES
- ☐ 02-CONTRACT
- ☐ 03-PRISONER SUIT
- ☐ 04-EXECUTORY PROCESS
- ☐ 05-SUIT ON NOTES
- ☐ 06-EVICTION
- ☐ 07-WORKMENS COMPENSATION
- ☐ 08-JUDICIAL REVIEW
- ☐ 09-PROPERTY RIGHTS
- ☐ 10-INJUNCTION MANDAMUS
- ☐ 11-COMM. PROP. PARTITIONS
- ☐ 12-PUBLIC SERV. COMM.
- ☐ 13-OTHER PARTITIONS
- ☐ 14-OTHER
- ☐ 15-O.E.Q.
- ☐ 16-
- ☐ 17-
- ☐ 18-
- ☐ 19-
- ☐ 20-



| | |
|---|---|
| DONNA FUSELIER | DOCKET NO.: SECT.: |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| WAL-MART STORES, L.L.C. | STATE OF LOUISIANA |

**REQUEST FOR NOTICE**

To: Clerk of Court
19TH Judicial District Court

In accordance with Louisiana Code of Civil Procedure Article 1572, you are hereby requested to give us notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules, or the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by Louisiana Code of Civil Procedure Articles 1913 and 1914, including notice of judgment in the event this case is taken under advisement, or if the judgment is not signed at the conclusion of the trial.

Respectfully Submitted

DUDLEY DeBOSIER, P.L.C.

BY: _____
TAYLOR BRELAND, Bar Roll No. 36391
JEFF W. WATSON, Bar Roll No. 27133
1075 Government, St.
Baton Rouge, Louisiana 70802
Telephone: (225) 239-7240
Facsimile: (225) 239-7290
*Counsel for Plaintiff, Donna Fuselier*









# Service of Process Transmittal
01/11/2017
CT Log Number 530472788

**TO:** Kim Lundy Service of Process, Legal Support Supervisor
Wal-Mart Stores, Inc.
702 SW 8th St, MS#0215
Bentonville, AR 72716-6209

**RE:** **Process Served in Louisiana**

**FOR:** Wal-Mart Stores  (Cross Ref Name)  (Domestic State: DE)
Wal-Mart Stores, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Fuselier Donna, Pltf. vs. Wal-Mart Stores, L.L.C., Dft.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Request |
| **COURT/AGENCY:** | EAST BATON ROUGE; 19TH JUDICIAL DISTRICT COURT, LA<br>Case # C654086 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 02/27/2016 - Wal-Mart Store #0428, 5801 Main St., Zachary, Louisiana, 70791 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/11/2017 at 09:15 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after receipt |
| **ATTORNEY(S) / SENDER(S):** | Taylor Breland<br>Dudley Debosier, P.L.C.<br>1075 Government St.<br>Baton Rouge, LA 70802<br>225-239-7240 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/11/2017, Expected Purge Date: 01/16/2017<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / PS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT B

2425-17-000627

# CITATION

**DONNA FUSELIER**
(Plaintiff)

vs.

**WAL MART STORES, LLC**
(Defendant)

NUMBER C654086 SECTION 26

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: **WAL MART STORES, LLC**
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **04-JAN-2017**.

*Chauncen Brooks*
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: TAYLOR BRELAND

Also attached are the following documents:
PETITION FOR DAMAGES; REQUEST FOR NOTICE

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___, served on the above named party as follows:

**CT CORPORATION SYSTEMS:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20___.

SERVICE:    $ _____
MILEAGE     $ _____                  _____
TOTAL:      $ _____                        Deputy Sheriff

CITATION - 2425

JAN 1 0 2017


EBR3957072

**19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO. 654086                                                                                    SECTION (26)

DONNA FUSELIER

VERSUS

WAL-MART STORES, L.L.C.

COST OK $ ____

FILED: _____        _____
                                                                    **DEPUTY CLERK**

## MOTION FOR EXTENSION OF TIME

Defendant, Wal-Mart Louisiana, L.L.C., (improperly referred to as "Wal-Mart Stores, L.L.C." in plaintiff's Petition for Damges) moves this Court for an extension of time of fifteen (15) days or until February 10, 2017, within which to plead and respond to plaintiff's *Petition for Damages* for the reason that counsel has only recently been retained and additional time is required to conduct an investigation. No other extensions have been granted and no oppositions have been filed in the record.

Respectfully submitted,

_____
THOMAS P. ANZELMO (Bar No. 2533)
ISIDRO RENÉ DEROJAS (Bar No. 18182)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-Mail: ird@mcsalaw.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *pleading* has been served upon all counsel of record in this proceeding ☒ by e-mail, ☐ by facsimile, ☐ by hand, and/or ☒ by United States mail, properly addressed and postage prepaid, on this 18th day of January, 2017.

_____
ISIDRO RENÉ DEROJAS

REC'D C.P.
JAN 30 2017

REC'D C.P.
JAN 27 2017

**EXHIBIT C**

**19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO. 654086                                                                                                          SECTION (26)

**DONNA FUSELIER**

**VERSUS**

**WAL-MART STORES, L.L.C.**

FILED: _____         _____
                                                                        **DEPUTY CLERK**

## O R D E R

Considering the foregoing Motion:

IT IS ORDERED that defendant, Wal-Mart Louisiana, L.L.C., (improperly referred to as "Wal-Mart Stores, L.L.C." in plaintiff's Petition for Damges) be and is hereby granted an additional fifteen (15) days or until February 10, 2017, within which to plead and respond to plaintiff's Petition for Damages.

Baton Rouge, Louisiana, this 27 day of January, 2017.

_____
JUDGE

FILED
EAST BATON ROUGE PARISH, LA
2017 JAN 26 AM 10:27
DEPUTY CLERK OF COURT

**19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO. 654086                                                                                   SECTION (26)

**DONNA FUSELIER**

**VERSUS**

**WAL-MART STORES, L.L.C.**

FILED: _____         _____
                                                                        DEPUTY CLERK

**ANSWER**

NOW INTO COURT, through undersigned counsel, comes **WAL-MART LOUISIANA, LLC,** improperly referred to as Wal-Mart Stores, LLC, who for answer to the Petition for Damages filed herein by plaintiff, Donna Fuselier, avers as follows:

I.

Wal-Mart admits its agent for service of process, but denies all other allegations contained in Paragraph 1 as written therein.

II.

Based upon information and belief, the allegations of Paragraph 2 of plaintiff's Petition are admitted.

III.

Based upon information and belief, the allegations of Paragraph 3 of plaintiff's Petition are admitted.

IV.

The allegations of Paragraph 4 of plaintiff's Petition are denied for lack of sufficient information to justify a belief therein.

V.

The allegations of Paragraph 5 of plaintiff's Petition are denied

VI.

The allegations of Paragraph 6 of plaintiff's Petition are denied for lack of sufficient information to justify a belief therein.

VII.

The allegations of Paragraph 7 of plaintiff's Petition are denied as written pending further investigation and discovery.

**EXHIBIT D**

VIII.

The allegations of Paragraph 8 of plaintiff's Petition are denied for lack of sufficient information to justify a belief therein.

IX.

The allegations of Paragraph 9 of plaintiff's Petition are denied.

X.

The allegations of Paragraph 10 of plaintiff's Petition are denied.

XI.

The allegations of Paragraph 11 of plaintiff's Petition are denied for lack of sufficient information to justify a belief therein.

XII.

Defendant is entitled to and requests a trial by **jury** of all issues herein.

**AND NOW, FURTHER ANSWERING:**

XIII.

The cause in fact of the incident complained of was the negligent acts of plaintiff, **DONNA FUSELIER,** whose acts of negligence include but are not limited to the performance of the following:

    a)    Failing to see what plaintiff should have seen;

    b)    Acting in a careless and reckless manner without due regard for her own safety and well-being;

    c)    And such other acts of negligence as may be shown at the trial of this case.

XIV.

In the alternative, and only in the event that any negligence be proven on the part of defendant, which negligence is strictly denied, defendant affirmatively alleges the contributory and/or comparative negligence and/or fault of plaintiff, **DONNA FUSELIER,** whose acts of negligence have been set out in the immediately preceding paragraph and are adopted herein as if copied *in extenso*. Said acts of negligence should operate as a complete bar or in diminution of plaintiff's recovery.

XV.

In the alternative, defendant avers that plaintiff has recovered from any injuries allegedly sustained by her.

XVI.

In the alternative, defendant avers that plaintiff's alleged injuries and damages were caused by persons or parties over whom defendant exercises no authority, jurisdiction, control or supervision.

XVII.

Defendant affirmatively alleges that petitioner failed to mitigate her damages.

**WHEREFORE**, defendant, **WAL-MART LOUISIANA, LLC**, improperly referred to as Wal-Mart Stores, LLC, prays that this answer be deemed good and sufficient and, *after due proceedings had*, there be judgment herein in favor of defendant and against the plaintiff, dismissing plaintiff's demands with prejudice, at plaintiff's costs, and for such other relief as the nature of the case may permit.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A. (#2533)
ISIDRO RENÉ DEROJAS (#18182)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
rderojas@mcsalaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing *pleading* has been served upon all counsel of record in this proceeding ☒ by e-mail, ☐ by facsimile, ☐ by hand, and/or ☒ by United States mail, properly addressed and postage prepaid, on this 10th day of February, 2017.

_____
ISIDRO RENÉ DEROJAS (Bar No. 18182



## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO. 654086                                                                                          SECTION (26)

## DONNA FUSELIER

## VERSUS

## WAL-MART STORES, L.L.C.

FILED: _____     _____
                                                                                                                            DEPUTY CLERK

## JURY ORDER

CONSIDERING the foregoing Answer and its prayer for a trial of this case by jury;

LET THIS case be placed on a trial docket by trial jury in due course, conditioned upon defendants furnishing bond as required by Article 1734 of the Louisiana Code of Civil Procedure.

Baton Rouge, Louisiana, this 23 day of February, 2017.

                                                            _____
                                                            Judge Donald R. Johnson
                                                            19th Judicial District Court



# 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO. 654086                        SECTION (26)

### DONNA FUSELIER

### VERSUS

### WAL-MART STORES, L.L.C.

FILED: _____      _____
                                                      DEPUTY CLERK

## REQUEST FOR NOTICE

Defendant, **WAL-MART LOUISIANA, LLC**, in accordance with the provisions of Article 1571 and 1572 of the Louisiana Code of Civil Procedure, hereby requests written notice by mail of the date and time fixed for any trial or hearing related to the above numbered and captioned matter, whether for exceptions, rules, trial on the merits, or any other proceeding.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, written notice is also requested of the signing of any order or judgment elating to any matter, interlocutory or final, in the above numbered and captioned matter.

**Respectfully submitted,**

_____
THOMAS P. ANZELMO (Bar No. 2533)
ISIDRO RENÉ DEROJAS (Bar No. 18182)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-Mail: ird@mcsalaw.com
**ATTORNEYS FOR DEFENDANT,
WAL-MART LOUISIANA, LLC**




## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *pleading* has been served upon all counsel of record in this proceeding ☒ by e-mail, ☐ by facsimile, ☐ by hand, and/or ☒ by United States mail, properly addressed and postage prepaid, on this 10th day of February, 2017.

_____
ISIDRO RENÉ DEROJAS (Bar No. 18182)

| | |
|---|---|
| DONNA FUSELIER | DOCKET NO.: 645086   SECT.:26 |
| | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF EAST BATON ROUGE |
| WAL-MART STORES, L.L.C. | STATE OF LOUISIANA |

### RESPONSES TO REQUEST FOR ADMISSIONS

NOW INTO COURT, through undersigned counsel, comes plaintiff, **DONNA FUSELIER**, who in answer to Request for Admissions propounded by defendant, **WAL-MART STORES, L.L.C.**

**REQUEST FOR ADMISSION NO.1:**

Do you admit that your damages do not exceed the sum of $50,000.00, exclusive of interest and costs?

**REQUEST FOR ADMISSION NO.1:**

Plaintiff denies.

**REQUEST FOR ADMISSION N0.2:**

Do you admit that your damages do not exceed the sum of $75,000.00, exclusive of interest and costs?

**REQUEST FOR ADMISSION NO.2:**

Plaintiff denies.

Respectfully Submitted By:

**DUDLEY DEBOSIER INJURY LAWYERS**

By _____
Taylor Breland, Bar No.: 36391
1075 Government Street
Baton Rouge, Louisiana 70802
Telephone: (225) 379-4931
Facsimile: (225) 379-4981

1

**EXHIBIT E**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day emailed a copy of the plaintiff responses to Request for Admissions to Isidro R. DeRojas, via electronic mail: iderojas@mcsalaw.com. Baton Rouge, Louisiana, this 27 day of February, 2017.

_____
Taylor Breland

2