UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA FUSELIER | * | CIVIL ACTION |
| VERSUS | * | NO. 3:17-cv-00173-JWD-EWD |
| WAL-MART STORES, LLC, ET AL. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED,** that the above entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

Baton Rouge, Louisiana, this 24th day of October, 2018.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**